JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

ANYELA MEJIA FAJARDO,

        Petitioner,

    v.

TIM ROBBINS, *et al.*,

        Respondents.

Case No. 5:26-cv-03091-RAO

**JUDGMENT**

    Pursuant to the Court's Order Granting In Part Petition for Writ of Habeas Corpus,

    IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted in part and Judgment is entered in favor of Petitioner.

DATED: June 23, 2026

                           /s/
                ROZELLA A. OLIVER
                UNITED STATES MAGISTRATE JUDGE